IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| MICHELLE M. LANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-CV-143 |
| | ) | (VARLAN/GUYTON) |
| KMART CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO DISMISS

Michelle Lane, Plaintiff, through counsel, and Kmart Corporation, Defendant, through counsel, hereby stipulate and agree to dismissal of this action with prejudice, with each party to bear their own costs and fees, and move the Court to adopt their stipulation and dismiss this case with prejudice.

This 30th day of May, 2013.

**JOINTLY SUBMITTED:**

*/s/Peter Alliman* **  
Peter Alliman  
TN BPR No. 5984  
WHITE, CARSON, & ALLIMAN  
135 College Street South  
Madisonville, TN 37354  
(423) 442-9000  
allimanp@aol.com  

*/s/Robert L. Jolley, Jr.* **  
Robert L. Jolley, Jr.  
800 S. Gay Street, Suite 2100  
Knoxville, TN 37920-9700  
(865) 521-0963  
jolleylaw@bellsouth.net  
*Counsel for Plaintiff*

*/s/David A. Hughes*  
David A. Hughes (TN Bar No. 014902)  
Deepa N. Subramanian (GA Bar No. 278625)*  
OGLETREE, DEAKINS, NASH, SMOAK  
& STEWART, P.C.  
One Ninety One Peachtree Tower  
191 Peachtree Street, N.E., Suite 4800  
Atlanta, GA 30303  
(404) 881-1300  
(404) 870-1732 (fax)  
david.hughes@ogletreedeakins.com  
deepa.subramanian@ogletreedeakins.com  
*\*Admitted Pro Hac Vice*  
*Counsel for Defendant*

*** w/express permission*